RICHMAN LAW GROUP
Kim E. Richman (*Pro Hac Vice*)
krichman@richmanlawgroup.com
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 687-8291

ELSNER LAW & POLICY, LLC
Gretchen Elsner (*Pro Hac Vice*)
Gretchen@ElsnerLaw.org
150 Washington Avenue, Suite 201-220
Santa Fe, NM 87501
Telephone: (505) 303-0980

CENTER FOR FOOD SAFETY
Paige Tomaselli (CSB No. 237737)
Adam Keats (CSB. No. 191157)
ptomaselli@centerforfoodsafety.org
akeats@centerforfoodsafety.org
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 826-2770

*Attorneys for Plaintiffs*

Mark McKane, P.C. (SBN 230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Michael Glick (admitted *pro hac vice*)
michael.glick@kirkland.com
Jonathan Jones (admitted *pro hac vice*)
jonathan.jones@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIC CONSUMERS ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDERSON FARMS, INC., a Mississippi corporation,<br><br>*Defendant*. | Case No. 3:17-CV-03592-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING FILING OF MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES** |

Plaintiffs Organic Consumers Association, the Center for Food Safety, and Friends of the Earth (collectively, "Plaintiffs"), and Defendant Sanderson Farms, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate that, in the interest judicial economy, the deadline for Plaintiffs to file a motion to strike concerning the affirmative defenses raised in Defendant's Answer (ECF No. 53) shall be 14 days following a decision on Defendant's Motion for Sanctions.

1

**IT IS SO STIPULATED**, through Counsel of Record, on this 28th day of March, 2018.

Dated: March 28, 2018

/s/ *Kim E. Richman*
RICHMAN LAW GROUP
Kim E. Richman (*Pro Hac Vice*)
krichman@richmanlawgroup.com
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 687-8291

CENTER FOR FOOD SAFETY
Adam Keats (CSB No. 191157)
Paige Tomaselli (CSB No. 237737)
ptomaselli@centerforfoodsafety.org
akeats@centerforfoodsafety.org
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 826-2770

ELSNER LAW & POLICY, LLC
Gretchen Elsner (*Pro Hac Vice*)
Gretchen@ElsnerLaw.org
150 Washington Avenue, Suite 201-220
Santa Fe, NM 87501
Telephone: (505) 303-0980

*Attorneys for Plaintiff*

/s/ *Mark McKane*
Mark McKane, P.C. (SBN 230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Michael Glick (admitted *pro hac vice*)
michael.glick@kirkland.com
Jonathan Jones (admitted *pro hac vice*)
jonathan.jones@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Telephone: (202) 879-5000

*Attorneys for Defendant*

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated: 3/28/18

_____
THE HONORABLE RICHARD SEEBORG