# Exhibit A

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00036 | Please post/re-post and tweet: Tell Olive Garden: Say NO to meat raised with routine antibiotics | Email | Action email regarding Olive Garden/Darden antibiotics issues | Becca (Klein) Bartholomew | Kari Hamerschlag, Deputy Director of Food & Agriculture at FOE; MULTIPLE ADDRESSES REDACTED; Cc: MULTIPLE ADDRESSES REDACTED | no record | 8/23/2016 | In order to maintain the confidentiality of the identity of participants on the email chain, the participants are subject to either an agreement not to forward any emails beyond the group or an understanding that the communications are confidential. Devices containing the emails are password protected. To the best of our knowledge and belief, only authorized individuals have been able to access the full, unredacted emails. | First Amendment Associational Privilege: The names, email addresses, and other identifying information of the non-party senders and recipient(s) have been redacted pursuant to the First Amendment right of association and its qualified privilege, as disclosure of this information would impair the group's associational activities. |
| FOE_00039 | Almost 1-in-3 Sanderson shareholders votes for proposal to reduce antibiotic use | Email | Reaction to shareholder vote | REDACTED | MULTIPLE ADDRESSES REDACTED | no record | 2/10/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00040 | Sanderson stands firm on stance | Email | Reaction to Sanderson press release | REDACTED | Kari Hamerschlag; MULTIPLE ADDRESSES REDACTED | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00041 | Fwd:REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Word Doc | Reaction to NY Times | REDACTED | Kari Hamerschlag; Cameron Harsh; MULTIPLE ADDRESSES REDACTED | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00042 | Fwd:REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to NY Times | REDACTED | Kari Hamerschlag; Cameron Harsh; MULTIPLE ADDRESSES REDACTED | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | Re: REDACTED: Antibiotics Strategy Call - Notes and poll for March cal | Email | Noting another news report on Sanderson | REDACTED | REDACTED CC: MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 5/25/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | NOT KNOWN | Email | Alerting colleagues to news article on Sanderson | REDACTED | NOT KNOWN | no record | 5/16/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | NOT KNOWN | Email | Alerting colleagues to shareholder resolution re Sanderson | REDACTED | NOT KNOWN | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Reaction to shareholder resolution | REDACTED | REDACTED; CC: MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Reaction to shareholder resolution | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag <khamerschlag@foe.org>; | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00043 | NOT KNOWN | Email | Reaction to shareholder resolution | REDACTED | REDACTED | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Analysis of letter | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/25/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Sanderson's efforts to oppose shareholder proposal on antibiotics | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/25/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/11/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00043 | REDACTED: Antibiotics Strategy Call - Tomorrow at 12 eastern | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 1/9/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00044 | Agenda for today's Antibiotics Campaign Call | Email | Agenda for next call | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag <khamerschlag@foe.org>; Cameron Harsh | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00044 | Antibiotics Campaign *BiWeekly* Call | Email | Plans for future call | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag; Cameron Harsh | no record | 1/13/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00045 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Shareholder resolution vote | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00045 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Analysis of letter | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org>; | no record | 1/25/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00045 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | NOT KNOWN | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/25/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00045 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/11/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00045 | REDACTED: Antibiotics Strategy Call - Tomorrow at 12 eastern | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 1/9/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00046 | Comments on McD's action and date for our next mtg | Email | Feedback on document | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag' <khamerschlag@foe.org> | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00046 | RE: REDACTED: NOTES for July 28th call on antibiotic use in livestock - strategy | Email | Joint action | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 7/29/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00046 | Re: REDACTED: NOTES for July 28th call on antibiotic use in livestock - strategy | Email | Food service as tipping point in abx use | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 7/28/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00046 | Re: REDACTED: NOTES for July 28th call on antibiotic use in livestock - strategy | Email | Notes from today's call | REDACTED | MULTIPLE ADDRESSES REDACTED; 'khamerschlag@foe.org' | no record | 7/28/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00046 | Re: REDACTED: NOTES for July 28th call on antibiotic use in livestock - strategy | Email | Call-in info for call and agenda | REDACTED | MULTIPLE ADDRESSES REDACTED; 'khamerschlag@foe.org' | no record | 7/28/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00046 | CONTINUATION OF EMAIL | Email | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | no record | 7/28/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00046 | CONTINUATION OF EMAIL | Email | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | no record | 7/28/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00046 | Reminder: Call tomorrow on antibiotic use in livestock - strategy | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; 'khamerschlag@foe.org' | no record | 7/27/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00047 | Re: Agenda for today's Antibiotics Campaign Call | Email | Sanderson's false advertising | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag <khamerschlag@foe.org>; Cameron Harsh | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00047 | NOT KNOWN | Email | Sanderson's false advertising | REDACTED | NOT KNOWN | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00047 | NOT KNOWN | Email | Proposed agenda | REDACTED | NOT KNOWN | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00047 | Antibiotics Campaign *BiWeekly* Call | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag; Cameron Harsh | no record | 1/13/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00048 | Re: [REDACTED]_Poultry_Producer_Sanderson_Farms_Stands_Its_G?==?Windows-1252?Q?round:_It=92s_Proud_to_Use_Antibiotics/NY_Times?= | Email | Perdue mortality rates | REDACTED | REDACTED | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00048 | Re: [REDACTED] Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to NY Times | REDACTED | REDACTED | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00049 | REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/11/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00049 | REDACTED: Antibiotics Strategy Call - Tomorrow at 12 eastern | Email | Proposed agenda | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 1/9/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00050 | Antibiotics Working Group call tomorrow | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag <khamerschlag@foe.org> | no record | 9/6/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00050 | CONTINUATION OF EMAIL | Email | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | no record | 9/6/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00051 | [Notes and Actions] REDACTED: Antibiotics strategy with partner orgs | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag <khamerschlag@foe.org> | no record | 5/18/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00052 | Re: Antibiotics Strategy Call - Notes and poll for March call | Email | Sanderson false advertising | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00052 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Shareholder resolution vote | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00052 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Analysis of letter | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/25/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00052 | RE: REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Shareholder resolution vote | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/25/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00052 | REDACTED: Antibiotics Strategy Call - Notes and poll for March call | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; 'Kari Hamerschlag ' <khamerschlag@foe.org> | no record | 1/11/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00052 | REDACTED: Antibiotics Strategy Call - Tomorrow at 12 eastern | Email | Proposed agenda | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 1/9/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | LA Times Article covered Darden "misleading shareholders and the public" | Email | Reaction to LA Times article | Kari Hamerschlag | MULTIPLE ADDRESSES REDACTED; Becca (Klein) Bartholomew; Cameron Harsh | no record | 9/20/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | NOT KNOWN | Email | Scheduling next call for group | REDACTED | NOT KNOWN | no record | 9/8/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | RE: promoting the Darden shareholder action on twitter | Email | Work plan for food issues | REDACTED | REDACTED; 'Hamerschlag, Kari' Cc: MULTIPLE ADDRESSES REDACTED | no record | 9/8/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | RE: promoting the Darden shareholder action on twitter | Email | Conversation re whether campaign could be global | REDACTED | Hamerschlag, Kari'; REDACTED Cc: MULTIPLE ADDRESSES REDACTED | no record | 9/8/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | CONTINUATION OF EMAIL | Email | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | no record | 9/8/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | promoting the Darden shareholder action on twitter | Email | Promoting tweet on Sanderson customer | Kari Hamerschlag | REDACTED Cc: MULTIPLE ADDRESSES REDACTED | no record | 9/7/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | NOT KNOWN | Email | NOT KNOWN | REDACTED | NOT KNOWN | no record | 9/7/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | Antibiotics Working Group call tomorrow | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag | no record | 9/6/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00053 | CONTINUATION OF EMAIL | Email | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | CONTINUATION OF EMAIL | no record | 9/6/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00054 | New blog on Sanderson and Abx | Email | Reaction to blog post on Sanderson | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag <khamerschlag@foe.org>; Cameron Harsh; CC: MULTIPLE ADDRESSES REDACTED | no record | 6/1/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00055 | Re: [REDACTED] Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to NY Times | REDACTED | REDACTED  CC: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari <khamerschlag@foe.org>; Cameron Harsh | no record | 8/3/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00055 | NOT KNOWN | Email | Marketing by Sanderson competitor | REDACTED | NOT KNOWN | no record | 8/3/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00055 | RE: REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to research on Sanderson competitor | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari ; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00055 | RE: REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Investor report | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00055 | NOT KNOWN | Email | Search for supplier names | REDACTED | NOT KNOWN | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00055 | Re:REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Research on Sanderson's customers | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00055 | NOT KNOWN | Email | Research on Sanderson's customers | REDACTED | NOT KNOWN | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00055 | Fwd: REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to NY Times | REDACTED | MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00056 | Fwd: REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to NY Times | REDACTED | MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00057 | Re: Agenda for today"s Antibiotics Campaign Call | Email | Sanderson's false advertising | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag; Cameron Harsh | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational" Privilege |
| FOE_00057 | NOT KNOWN | Email | Sanderson's false advertising | REDACTED | NOT KNOWN | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00057 | NOT KNOWN | Email | Proposed agenda | REDACTED | NOT KNOWN | no record | 1/26/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00057 | Antibiotics Campaign *BiWeekly* Call | Email | Scheduling next call for group | REDACTED | MULTIPLE ADDRESSES REDACTED; Kari Hamerschlag; Cameron Harsh | no record | 1/13/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associatiowal Privilege |
| FOE_00058 | Re:REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Research on Sanderson's customers | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00058 | NOT KNOWN | Email | Research on Sanderson's customers | REDACTED | NOT KNOWN | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00058 | Fwd: REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to NY Times | REDACTED | MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00059 | RE: Sanderson stands firm on stance | Email | Reaction to NY Times | REDACTED | MULTIPLE ADDRESSES REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00059 | Re: Sanderson stands firm on stance | Email | Reaction to NY Times | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00059 | NOT KNOWN | Email | Forwarding link in email | REDACTED | NOT KNOWN | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00059 | Re: Sanderson stands firm on stance | Email | Noting agreement with previous email | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari <khamerschlag@foe.org> | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00059 | NOT KNOWN | Email | Thoughts on "environmental" presentation | REDACTED | NOT KNOWN | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00059 | Sanderson stands firm on stance | Email | Reaction to Sanderson press release | REDACTED | MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari <khamerschlag@foe.org> | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00060 | Re: Sanderson stands firm on stance | Email | Reaction to NY Times | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00060 | NOT KNOWN | Email | Forwarding link in email | REDACTED | NOT KNOWN | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00060 | Re: Sanderson stands firm on stance | Email | Noting agreement with previous email | REDACTED | REDACTED Cc:MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari <khamerschlag@foe.org> | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00060 | NOT KNOWN | Email | Thoughts on "environmental" presentation | REDACTED | NOT KNOWN | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00060 | Sanderson stands firm on stance | Email | Reaction to Sanderson press release | REDACTED | MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari <khamerschlag@foe.org> | no record | 8/1/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00062 | REDACTED Sanderson shareholder proposal on reducing antibiotic use fails | Email | Shareholder resolution vote | REDACTED | REDACTED | no record | 2/10/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00063 | Re: REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Research on Sanderson's customers | REDACTED | REDACTED Cc: MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00063 | NOT KNOWN | Email | Research on Sanderson's customers | REDACTED | NOT KNOWN | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| FOE_00063 | Fwd: REDACTED Poultry Producer Sanderson Farms Stands Its Ground: It's Proud to Use Antibiotics/NY Times | Email | Reaction to NY Times | REDACTED | MULTIPLE ADDRESSES REDACTED; Hamerschlag, Kari; Cameron Harsh | no record | 8/2/2016 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00064 | Sanderson Farms CEO Resists Poultry-Industry Move to Curb Antibiotics - WSJ | Email | Wall Street Journal article link | REDACTED | Kari Hamerschlag | no record | 8/4/2015 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00065 | RE: Darden response? | Email | Shareholder resolution vote | REDACTED | Kari Hamerschlag | no record | 8/22/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00065 | Re: Darden response | Email | Darden response to shareholder vote | Kari Hamerschlag | REDACTED | no record | 8/22/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00065 | NOT KNOWN | Email | Darden response to shareholder vote | REDACTED | Kari Hamerschlag | no record | 8/22/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| FOE_00065 | Darden response? | Email | Darden response to shareholder vote | Kari Hamerschlag | REDACTED | no record | 8/21/2017 | See first entry on First Amendment Associational Privilege. | First Amendment Associational Privilege |
| Many emails, estimated to be over 100. | Various titles | Emails | Investigation of USDA National Residue Program and results. | Gretchen Elsner, Plaintiffs' Counsel; Larry Bohlen, Science Consultant; attorneys and staff at law firms and HRI Labs | Gretchen Elsner, Plaintiffs' Counsel; Larry Bohlen, Science Consultant; attorneys and staff at law firms and HRI Labs | no record | 1/13/17 to present | In order to maintain the confidentiality of the communications, devices containing the emails are password protected. To the best of our knowledge and belief, only authorized individuals have been able to access the communications. | Dkt. 69. FRCP 26(b)(4)(D). Work product doctrine. |

Privilege Log for Plaintiff
Friends Of The Earth

| Bates Nos. (or range of pages) | Title | Description | Subject Matter Addressed in Document | Author (Name & Position) | Name and Position of all addressees/recipients | Date Prepared | Date Sent | Confidentiality Notes | Basis of Privilege/Protection |
|---|---|---|---|---|---|---|---|---|---|
| Many emails | Various titles | Emails | Analysis, evaluation regarding claims against Sanderson Farms | Marcelin Keever, Legal Director, Friends of the Earth | Friends of the Earth Board of Directors; Friends of the Earth Staff | no record | Approximately Spring 2017 | In order to maintain the confidentiality of the communications, devices containing the emails are password protected. To the best of our knowledge and belief, only authorized individuals have been able to access the communications. | Attorney-client privilege. |