1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| FRIENDS OF THE EARTH, and CENTER FOR FOOD SAFETY, | ) CASE NO. 3:17-CV-03592 (RS) |
| Plaintiffs, | ) **DECLARATION OF REBECCA** |
| vs. | ) **SPECTOR REGARDING FIRST** |
| | ) **AMENDMENT PRIVILEGE AND** |
| SANDERSON FARMS, INC., | ) **DISCOVERY RESPONSES** |
| Defendant. | ) |
| | ) Judge:   Honorable Sallie Kim |
| | ) Date:    September 27, 2018 |
| | ) Location:  Courtroom A, 15th Floor, |
| | )        450 Golden Gate Avenue, |
| | )        San Francisco, CA 94102 |

13

14

15        Pursuant to this Court's order dated September 17, 2018 (Dkt. No. 108), Plaintiffs submit the

16   attached declaration by Rebecca Spector, West Coast Director of the Center for Food Safety (CFS), in

17   support of Plaintiffs' claim of First Amendment Privilege to protect the identity of non-party advocates.

18

19   Dated: September 27, 2018                    By: _____

20                                                   Adam Keats
                                                     CENTER FOR FOOD SAFETY
21                                                   *Counsel to Plaintiffs*

22

23

24

25

26

27

28

1

2

DECLARATION OF REBECCA SPECTOR

3      I, Rebecca Spector, declare:

4      1.      I am the West Coast Director of the Center for Food Safety (CFS) and am authorized to

5 submit this declaration on its behalf.  I have personal knowledge of the following facts and could

6 competently testify if called as a witness.

7      2.      CFS's website describes CFS as "a national non-profit public interest and environmental

8 advocacy organization working to protect human health and the environment by curbing the use of

9 harmful food production technologies and by promoting organic and other forms of sustainable

10 agriculture.  CFS also educates consumers concerning the definition of organic food and products.  CFS

11 uses legal actions, groundbreaking scientific and policy reports, books and other educational materials,

12 market pressure and grass roots campaigns through our True Food Network.  CFS's successful legal

13 cases collectively represent a landmark body of case law on food and agricultural issues."

14      3.      CFS's public interest and environmental advocacy includes working with, collaborating

15 with, associating with, and communicating with many other advocacy organizations and individual

16 advocates.  Some of this work is through formal associations of individuals and groups, while much of it

17 is through informal and ad hoc associations of groups and/or individuals.

18      4.      CFS uses legal actions, such as lawsuits and administrative appeals, as part of its

19 advocacy, but many of the groups and individuals that CFS associates with and communicates with do

20 not engage in legal actions as part of their advocacy.

21      5.      Many of the groups and/or individuals that CFS associates with and communicates with

22 do not engage in public advocacy or make their identity or advocacy publically known.

23      6.      Many of the groups and/or individuals that CFS associates with and communicates with

24 do so with the knowledge and expectation that their identity will not be disclosed at all, to anybody

25 outside of that communication or association.

26      7.      CFS's advocacy depends on its ability to communicate with and associate with these

27 groups and/or individuals.  If CFS were not able to protect the identity of these groups and/or

28 individuals, they would be less likely to communicate with and associate with CFS.  CFS's advocacy

1    work would be impaired and impeded if our ability to work with impacted groups and individuals were

2    compromised or limited.

3          8.     CFS would be shunned by these groups and/or individuals, and

4          9.     I am familiar with the documents provided to Defendant Sanderson Farms, Inc. in

5    response to various discovery requests.  A true and correct copy of the documents that I am informed

6    and believe to be at issue in this dispute over CFS's assertion of First Amendment Privilege are attached

7    as **Exhibit A**.  I am familiar with the un-redacted versions of the documents, and am familiar with the

8    information that has been redacted from the versions of the documents provided to Defendant.

9          10.    I instructed the attorneys representing CFS to protect from disclosure certain identifying

10   information in these documents, as I am informed and believe that the individuals and/or groups whose

11   identity would be revealed expressly wish to have their identity remain confidential, and if their

12   identities are revealed, they may be subject to harassment and infringement of their own First

13   Amendment rights.  That identifying information, and nothing more, is what has been redacted from the

14   documents attached in **Exhibit A**.

15         11.    Disclosure of this specific identifying information will result in CFS being shunned by

16   certain groups and/or individuals who do not wish to have their identity revealed as a result of CFS's

17   advocacy efforts, and such disclosure would impact our participation and the participation of others in

18   coalitions that collaborate to formulate strategies for improving public and environmental health.

19         12.    Disclosure of this specific identifying information will have a chilling effect on CFS's

20   ability to associate with other advocates, groups, and/or individuals, because, as described above, these

21   advocates, groups and/or individuals will not continue to engage in their First Amendment rights to

22   communicate and associate with CFS if their identities are revealed to the industry which is the subject

23   of their advocacy.

24         13.    Disclosure of this specific identifying information will have a significantly negative

25   impact on CFS's ability to engage in the advocacy work that forms the basis for and purpose of the

26   organization.

27

28

1

I declare under penalty of perjury under the laws of the United States and the State of California

2

that the forgoing is true and correct.

3

4

Executed this 27th day of September, 2018.

5

Rebecca Spector

West Coast Director

6

Center for Food Safety

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**To:**
**Cc:**
**From:**
**Sent:**     Fri 2/23/2018 12:13:34 PM
**Subject:**  Re: ████████ Sanderson Farms 43% Shareholder Vote

I think your points are valid, though companies often go after short term gains. Glad to hear there is some movement on that front. Feed prices will have a lot more to do with costs of raising birds than use or non-use of antibiotics.



On Fri, Feb 23, 2018 at 11:57 AM, ████████████████ wrote:

We have no indication that Sanderson Farms will change anytime soon.

We've been making the case that Sanderson is mortgaging the future for their present, and many investors have been listening. I think there is some progress in that.

Also - despite the growth in recent years Sanderson isn't a slam dunk investment

https://www.benzinga.com/analyst-ratings/analyst-color/18/02/11235798/buckingham-serves-sanderson-farms-tyson-foods-with-neut

They lost 5% share value after the earnings call you linked https://seekingalpha.com/news/3333354-sanderson-farms-swings-lower-earnings

https://www.bloomberg.com/news/articles/2018-02-07/can-americans-eat-more-chicken-industry-bets-windfall-on-growth

There may be more expansion than we had initially thought," Heather Jones, an analyst at Vertical Group, said in a Feb. 5 report. In a separate interview, Jones said that while the production increases will be absorbed by the market, "margins will be compressed."

The outlook also could be tripped up by lawsuits filed by chicken buyers accusing producers of illegally conspiring to raise prices and any disruption in trade deals that have helped fuel U.S. exports.



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, February 23, 2018 7:42 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: ▮▮▮▮▮ Sanderson Farms 43% Shareholder Vote

With this Feb. 21 headline and article, I don't see Sanderson changing its methods soon. As long as they are so profitable, why would they change.

# Sanderson Farms net income more than doubles in Q1 2018

**Financial results get boost from federal tax reform legislation, higher market prices for dark meat products**

Yurii Bukhanovskyi, Bigstock

on February 21, 2018

Sanderson Farms more than doubled its net income for the first quarter of fiscal year 2018, the company reported.

The net income rose to $51.2 million, for the three-month period ending January 31, which compared to a net income of $24 million for the first quarter of fiscal year 2017. The company's net sales for the quarter amounted to $771.9 million, in increase from the $688.3 million for the first quarter of fiscal year 2017.

As a result of the company's adoption of Accounting Standards Update 2016-09, Improvements to Employee Share-Based Payment Accounting, during the third quarter of fiscal 2017, the income tax expense on the statement of operations for the three months ended January 31, 2017, is $852,000 less than the amount originally reported in the company's financial statements for the first quarter of fiscal 2017. In turn, adoption increased the company's net income by $852,000, or $0.04 per share, from what was

originally reported.

Net income for the quarter reflects a one-time non-cash tax benefit of $37.5 million as a result of an adjustment to the company's deferred income tax liability to reflect a lower tax rate resulting from the recent federal tax reform legislation.

"Our results for the first quarter reflect higher market prices for dark meat products sold from our big bird deboning plants compared with last year's first quarter, offset by lower white meat prices," said Joe F. Sanderson, Jr., chairman and chief executive officer of Sanderson Farms, Inc. "Poultry market prices for tray pack products sold to retail grocery store customers were higher when compared with the same period a year ago and continued to reflect a healthy supply and demand balance in that customer market. On the other hand, the overall food service market remains weak. Traffic numbers through legacy food service chains continue to trend lower, and market prices for boneless breast meat reflect that weakness. Demand and prices for jumbo wings weakened counter seasonally during the quarter, and market prices were lower by nine percent when compared to last year's first quarter."

According to Sanderson, overall market prices for poultry products were lower during the first quarter compared with the same period last year.. Compared with the first fiscal quarter of 2017, the average prices of the company's retail tray pack products were approximately 2.1 percent higher, boneless breast meat prices were approximately 2.8 percent lower, bulk leg quarters increased by approximately 15.9 percent, and jumbo wing prices were lower by 9.0 percent.

**Impact of feed costs**

The company's average feed cost per pound of poultry products processed decreased approximately one half cent per pound, or 1.9 percent, compared with the first quarter of fiscal 2017, and prices paid during the quarter for corn and soybean meal, the company's primary feed ingredients, increased 1.0 percent and decreased 3.5 percent, respectively, compared with the first quarter of fiscal 2017.

"Record corn and soybean crops harvested in the United States last fall contributed to healthy soybean and corn balance tables heading into the 2018 planting season," said Sanderson. "Strong export demand and weather challenges for the Argentine crops, however, have supported higher prices for both corn and soybeans despite ample supplies of both grains.

**Updates on new facilities**

Construction at Sanderson Farms' new Tyler, Texas, complex began in the fall of 2017 and continues on schedule to open in the first calendar quarter of 2019.

The company also reached near full production at the its plant in St. Pauls, North Carolina, in January and will move to full production in April, added Sanderson.



On Wed, Feb 21, 2018 at 1:22 PM, ███████████████████████████████████
███████████████████████ wrote:

Hi all –

We just got confirmation of strongest shareholder vote yet on antibiotics: 43.1% on the Sanderson Farms proposal that we presented at last week's annual meeting.

Here is our press release: ████████████████████████████████████████
████████████████████████████████████████████████████████

And here is our blog post: ██████████████████████████████████████████
█████████████████████████

██████████████

███████████████████████████

█████████

███████████████████████

██████████████

████████████████████████████

██████████████

███████████████

██████████████████████████

████████████████████████

**From:** █████████████████████████████████████████████████████
███████████████████████████
**Sent:** Wednesday, February 21, 2018 8:17 AM
**To:** ██████████████████████████████████
**Subject:** ████████████ Fwd: March 7-9: Antibiotic Resistance Experts Unite from Across the Atlantic

Everyone,

Thanks to ████████████ for sharing. Just an FYI. Meeting of the Transatlantic Task Force on AR. The into can be watched and it mentions NGO participation. Dr. Kerr who is the co-chair from the US often claimed inaccurately that FDA was using VFDs for drug use data collection.

Steve

# Strengthening Partnerships in the Fight Against Antibiotic Resistance

## TATFAR Meeting on Antibiotic Resistance, Opening Session will be Live Steamed



TATFAR members are gathering for an in-person meeting
at CDC's Atlanta headquarters in March.

March 7-9, members from the Transatlantic Taskforce on Antimicrobial Resistance (TATFAR) are gathering in Atlanta for a three-day meeting to promote action and discuss ongoing work related to antibiotic resistance. Guided by TATFAR's three focus areas, the agenda covers:

- improving antibiotic use in humans and animals,
- preventing infections and their spread, and
- strengthening the drug pipeline.

CDC will host the meeting which will be attended by representatives from Canada, the European Union, Norway, and the United States, along with key partners. This work will help frame the plan for the second half of TATFAR's implementation period (2018-2020).

The meeting's opening session will be streamed live on Wednesday, March 7 from 8:30 - 10 AM ET (the webpage to the live stream will be available on March 7 at 8:30AM). The opening session includes a welcome from TATFAR Co-Chairs and keynote speakers.

- Co-Chairs:
  - Å Larry Kerr, Director of Pandemics and Emerging Threats Office, U.S. Department of

Health and Human Services
  Å John F. Ryan, Director for Public Health, Country Knowledge, Crisis Management, European Commission
- Speakers:
  - Å Anne Schuchat, Acting Director for U.S. CDC, and Acting Administrator of the Agency for Toxic Substances and Disease Registry
  - Å Xavier Prats-Monné, Director General for Health and Food Safety, European Commission

Learn more about the meeting and find Live Stream information on <u>TATFAR's website</u>.

---

#TATFAR (Transatlantic Taskforce on Antimicrobial Resistance) is a collaboration between U.S., European Union, Canada and Norway to reduce the threat of #AntibioticResistance. TATFAR is meeting March 7-9 in Atlanta, GA and you can follow along! <u>https://go.usa.gov/xnMc3</u>  

---

The CDC has reached over 1.4 million subscribers. Thank you for your support.

<u>Update Subscriber Preferences or Unsubscribe</u> | <u>Learn about CDC Updates</u>

Questions or problems? Please contact <u>support@govdelivery.com</u>.



This email was sent to ████████████ using GovDelivery, on behalf of: Centers for Disease Control and Prevention • 1600 Clifton Rd • Atlanta, GA 30333 • 1-800-CDC-INFO (800-232-4636)

***

This e-mail message is intended only for the designated recipient(s) named above. The information contained in this e-mail and any attachments may be confidential or legally privileged. If you are not the intended recipient, you may not review, retain, copy, redistribute or use this e-mail or any attachment for any purpose, or disclose all or any part of its contents. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and permanently delete this e-mail and any attachments from your computer system.

***

--
You received this message because you are subscribed to the Google Groups ████████████████ group.
To unsubscribe from this group and stop receiving emails from it, send an email to
████████████████████.

To post to this group, send email to ████████████████████.
To view this discussion on the web visit ██████████████████████████████
████████████████████.

For more options, visit https://groups.google.com/d/optout.

Posted by: ████████████████

Reply
via
web
post       • Reply to   • Reply    • Start a    • Messages
             sender      to         New         in this topic
                         group      Topic       (6)

Have you tried the highest rated email app?
With 4.5 stars in iTunes, the Yahoo Mail app is the highest rated email app on the market. What are you waiting for? Now

you can access all your inboxes (Gmail, Outlook, AOL and more) in one place. Never delete an email again with 1000GB of free cloud storage.

**VISIT YOUR GROUP**

• Privacy • Unsubscribe • Terms of Use

**To:** <span style="background:black; color:black">████████████████████████████████████</span>

**Cc:** <span style="background:black; color:black">██████████████████████</span>

**From:** <span style="background:black; color:black">████████</span>

**Sent:** Wed 2/28/2018 7:11:35 PM

**Subject:** RE: <span style="background:black; color:black">█████</span> Sick study by Pipestone Veterinary Services

Re: Sanderson Farms, I don't think there's any chance they would set up an NAE program to intentionally fail. Sounds much too risky.

Sanderson's responses are all over the map. They know that our shareholder proposal did not ask for NAE but they chose to respond to that strawman because they thought it would help their messaging.

That tactic may have backfired on them and contributed to the 43% shareholder vote.

**From** <span style="background:black; color:black">████████████████████████████████████████████</span>

**Sent:** Wednesday, February 28, 2018 8:03 AM

**To:** <span style="background:black; color:black">█████████████████████████████</span>

**Cc:** <span style="background:black; color:black">████████████████████</span>

**Subject:** RE: <span style="background:black; color:black">███</span> Sick study by Pipestone Veterinary Services

That has been the problem all along, that "no antibiotics ever" drowns out "no routine use" and then there's always the debate about what constitutes routine with everyone having their own definition.  I think companies stumbled into the "no antibiotics" corner when they intended it to be "no non-therapeutic or no routine antibiotics".  Easier to market just "no antibiotics I know having worked with many of the folks at Chipotle that they never intended for their antibiotic use criteria to mean no antibiotics ever but every time they try to clarify it, the last time being before the first food safety scare shutting down restaurants, they get significant push back from their customers. ".  I do think some of the companies, like Perdue, have already figured it out and have a "no antibiotic ever" product line and a line for animals diverted after treatment. Some advocacy groups have unintentionally blurred the lines early on in their advocacy so it makes it a bit more difficult to untangle it.

We could try to develop a statement but I believe there are probably 4 current antibiotic use protocols developed by different NGOs who have been asking producers and commercial entities to adopt.

█

**From:** ███████████████████████████████████
**Sent:** Wednesday, February 28, 2018 9:11 AM
**To:** ████████████████████████████████████████████
**Cc:** ██████████████████████████████████████
**Subject:** RE: ████████████    Sick study by Pipestone Veterinary Services

Messaging around the treatment point is so tricky because no one actually listens to each other directly these days, we just hear statements recounted from our own allies. At the NIAA conference, one speaker made a reference to the FOE <u>Subway statement</u> and completely butchered it.

In general, the "no routine use" message is getting drowned out by the "no antibiotics" message. It also doesn't help that we can't really be sure what companies are doing to ensure animal health and welfare when they switch labels. (I wonder what Sanderson Farms has in mind when they tell shareholders they could switch over in a year – are they perhaps contemplating falling on their own sword and just pulling the drugs and letting animals die to prove an ideological point?)

It would be nice to have a clear, cite-able statement on hand when this comes up. Perhaps the website could include page explaining clearly how the coalition feels about "no antibiotics ever?" The page could be framed as offering advice to companies on how to implement this policy effectively to ensure the focus is on keeping animals healthy and not denying needed treatment or euthanizing sick animals. For example, the page could describe animal welfare measures that reduce the need for treatment with antibiotics (i.e. vaccination, appropriate nutrition, and re-structuring the production process to minimize stress, travel, and crowding). We could also advise companies to ensure that diversion is available so that animals that require treatment can be sold under a different label. Contracts with suppliers should be structured so that farmers do not feel financially coerced into withholding treatment. I believe that Clemens Food Group has a good model for this type of contracting in their "no antibiotics" line of pork. (The supplier is given detailed criteria for animal management, and their compensation does not change based on how many animals require treatment).

█

**From:** ███████████████████
**Sent:** Tuesday, February 27, 2018 1:22 PM
**To:** ████████████████████████████████████
███████████████████
**Cc:** ███████████████████████████████
**Subject:** RE: ███████ Sick study by Pipestone Veterinary Services

Which I think is the case generally when just talking about how antibiotics are used.  Having visited Perdue no antibiotics ever broiler barns, viewing their composting operation for hatchery and production waste and now the introduction of atmospheric stunning for slaughter, the only avenue left to seek reform, at least with Perdue, will be production contracts or anti-trust action. The no antibiotics ever broiler barns, that conform with the now delayed organic animal welfare standards, were virtually indistinguishable from previous industrial operations I have visited.

**From:** ████████████████████████████████████████████████
████
**Sent:** Tuesday, February 27, 2018 12:28 PM
**To:** ███████████████████████████████████
**Cc:** ████████████████████████████
**Subject:** Re: ███████ Sick study by Pipestone Veterinary Services

One of the other significantly disappointing signals this "study" sends is that the industry is still thinking about antibiotics very narrowly – i.e. "raised without antibiotics" to get a premium from the consumer. Nothing here suggests a real grappling with broader stewardship approaches.

**From:** ███████████████████

**Date:** Tuesday, February 27, 2018 at 9:24 AM

**To:** ███████████████████

**Cc:** ████████████████████████████████

**Subject:** Re: ███████████ Sick study by Pipestone Veterinary Services

It does say that Scott Dee, DVM is the director of research for Pipestone Veterinary Services, so that would be who to send to, but I agree with ████████ earlier comment that this is better left to die on the vine. I don't know if sending him a note will change anything (sad to say, he graduated from the same veterinary college that I did).

I took a look at the Pipestone PART website http://www.pipestonepart.com/the-truth-of-the-matter/ and there is [yet another] inference that groups and individuals looking to reduce unnecessary antibiotic use are looking to withhold the use of antibiotics for all purposes. (see "Truth #3").

There has been a lot of messaging among some groups that NAE and organic are gold standards with the implication that antibiotics don't ever need to be used if good management practices are followed.  The message that sometimes animals get sick and need antibiotics often gets lost.  And the message that if animals in NAE or organic are treated with antibiotics they must go into a different "stream" and are often sold by farmers at a loss (farms may also lose their organic or NAE certification for a time). NAE and organic cannot stand by themselves.

On Tue, Feb 27, 2018 at 11:51 AM, ████████████████████████
████████████████████████ wrote:

████████

They do not list an author for the story. The "webzine" is created by Zoetis the largest animal drug maker. Also should

note Pipestone is the number 3 US pork producer after Smithfield and Seaboard. This is counting sows not slaughter. Pipestone does not slaughter. If you look at packers it is Smithfield, JBS, and Tyson. JBS and Tyson are 8 and 14 among pig producers.   Pork is different than chicken in that slaughter and production are not completely aligned.

███

**From:** ███████████

**Sent:** Tuesday, February 27, 2018 10:27 AM

**To:** ██████████

**Cc:** ████████████████████████

**Subject:** Re: ███████ Sick study by Pipestone Veterinary Services

I think it would make sense to send a note to the author of the article to emphasize our position on treatment. I don't think we have to put out a broader statement though. This study probably won't get widespread coverage beyond the trade publications, and as Lena mentioned our position on treatment is baked into everything we release.

███

On Tuesday, February 27, 2018, ████████████████████████
█████████████████ wrote:

Would it make sense for partners to put out a statement condemning these tests, and highlighting the point you just made?

███

**From:** █████████████████
**Sent:** Tuesday, February 27, 2018 11:10 AM
**To:** ████████████████████████████████████████
██████████████████
**Cc:** ████████████████████
**Subject:** Re: ███████ Sick study by Pipestone Veterinary Services

This is absolutely appalling, not to mention stating the obvious: that animals who are sick and aren't treated have a really high likelihood of getting sicker and suffering. What a terrible way to prove a point around which there is no dispute. This is why we've been calling on an end to *routine* use, not all use, for a while now.

████████ doesn't have a specific statement about treatment of sick animals, but that message is integrated in

every statement we put out into the world.



**From:** ███████████████████████████████████████████
███████████████████████
**Reply-To:** ███████████████████████████████
**Date:** Tuesday, February 27, 2018 at 7:37 AM
**To:** ████████████████████████████████████
**Cc:** ███████████████████████████
**Subject:** RE: █████████████ Sick study by Pipestone Veterinary Services

Disgusting.

This is torturing animals to prove the obvious and largely undisputed point that animals who are sick should be treated.

Does ████ or any other group have a public statement that there should always be an option to treat and divert animals if they get sick under a "raised without antibiotics" system?

████

**From:** ████████████████████████████████████████
████████████████████████

**Sent:** Tuesday, February 27, 2018 10:24 AM
**To:** ████████████████████████████████
**Cc:** ████████████████████████████████
**Subject:** Re: ████████████ Sick study by Pipestone Veterinary Services

Wow. This is really outrageous!

On Mon, Feb 26, 2018 at 5:23 PM, ████████████████████████████████
████████████████████████ wrote:

Just an FYI as to the extent people will go through to discredit efforts to reduce antibiotic use.  Here is a report by a pig production company where they infected pigs with PRRS an immune suppressing viral disease and then compared raised without antibiotics pigs with pigs receiving antibiotics. The RWA pigs got sick with secondary infection and the trial had to be ended.  Essentially they used sick pigs as a prop in an advertisement to discredit raised without antibiotics.

https://pighealthtoday.com/dee-both-pigs-and-caregivers-suffered-in-antibiotic-free-study/?utm_source=Pig+Health+Today&utm_campaign=486baec563-PGT_Lincomix_Press_Release_1_11_2018&utm_medium=email&utm_term=0_95d05211ae-486baec563-211527237

A study looking at how PRRS-challenged pigs performed in antibiotic-free production systems needed to be stopped for welfare reasons so the pigs could be treated with antibiotics, according to Scott Dee, DVM, director of research, Pipestone Veterinary Services (PVS).

The study conducted at PVS facilities was designed to compare the performance of health-challenged pigs from birth to marketing in an antibiotic-free group with two groups that received both injectable and oral antibiotics as needed.

A small subset of pigs in each group was challenged with the PRRS virus, which often brings on

secondary bacterial infections. As the virus worked its way through the population, all pigs were treated with antibiotics except for those in the antibiotic-free group.

"The animals in the antibiotic-free group were sick but could not be treated with antibiotics," Dee lamented. "The pigs were really suffering. We were seeing high mortality levels; pigs were huddling and had a lot of weight loss.

"We had to stop the study and treat (antibiotic-free) pigs for welfare reasons," he told Pig Health Today.

But the antibiotic-free pigs weren't the only ones suffering, Dee reported at the 2017 Leman Swine Conference. The people taking care of them showed emotional distress, too.

"This was not only an animal issue but also a human issue," he said.

The struggling pigs recovered once antibiotics were administered. "There was a turnaround in the mood of the staff, too," he reported.

Antibiotics important tool

The PPRS virus poses a major threat to any swine herd, but it's particularly costly when pigs are raised without antibiotics. The virus knocks out a pig's immune system and "opens the door for secondary pathogens to cause problems," Dee said.

"We recovered from these (antibiotic-free) pigs many, many diseases. The main message is that when pigs are sick [from bacterial infections], they need to be treated with antibiotics," which he described as a valuable tool in the veterinarian's toolbox.

"Use them when needed and justified with diagnostics. Then pull them out," he said. "I don't believe in the need to feed antibiotics continuously in the diet. That's a practice of the past. We can use medication in the feed appropriately for a specific period of time."

He supports FDA's expanded use of the veterinary feed directive (VFD), which requires veterinarians to be involved with using any feed-grade antibiotics deemed by FDA to be medically important to humans.

"This has made us better stewards of microbial use," he says, referring to the VFD. "You have to improve your management skills to correctly set up facilities and environment to help the welfare of the animals. It's also allowed us to rely on veterinarian prescription use of injectable and water solubles so the veterinarian has more input into how medications are used."

The aborted study changed Dee's mind about another thing. "I will never eat or purchase meat that has a no-antibiotic-ever label," he said. "What I saw happen to the animals in the antibiotic-free group is unethical. We need antibiotics. If we didn't have that tool, the suffering in the animal world would be extremely high."



--

--

Posted by: ███████████████████████

**Reply via web post** • Reply to sender • Reply to group • Start a New Topic • Messages in this topic (16)

Have you tried the highest rated email app?

With 4.5 stars in iTunes, the Yahoo Mail app is the highest rated email app on the market. What are you waiting for? Now you can access all your inboxes (Gmail, Outlook, AOL and more) in one place. Never delete an email again with 1000GB of free cloud storage.

**VISIT YOUR GROUP**

• Privacy • Unsubscribe • Terms of Use

To:
From:
Sent:      Thur 6/22/2017 1:32:58 PM
Subject:        Nonprofits Sue Third-Largest Poultry Co. for False Advertising of Drug-Contaminated Chicken

FYI. Today Friends of the Earth, Center for Food Safe, and Organic Consumers Association joined a lawsuit suing Sanderson Farms. See below and this Bloomberg article. Please help spread the word. We are hopeful this case v expose the terrible practices of industrial factory farming and encourage consumers, institutions, retailers and resta choose better, third-party certified organic and animal welfare approved options.

https://www.bloomberg.com/news/articles/2017-06-22/there-could-be-ketamine-in-your-natural-chicken

**http://www.foe.org/news/news-releases/2017-06-nonprofits-sue-third-largest-poultry-co-for-false-advertising**

**For Immediate Release:** June 22, 2017
**Contacts:** Katherine Paul, Organic Consumers Assoc., 207-653-3090,
katherine@organicconsumers.org
Kari Hamerschlag, Friends of the Earth, 510-207-7257, khamerschag@foe.org;
Patrick Davis, Friends of the Earth, 202-222-0744, pdavis@foe.org
Paige Tomaselli, Center for Food Safety, 415-826-2770, ptomaselli@centerforfoodsafety.org

# Nonprofits Sue Third-Largest Poultry Co. for False Advertising of Drug-Contaminated Chicken

### Sanderson Farms' '100% Natural' Advertising Claims Deceive Consumers, Threaten Public Health

**OAKLAND, CALIF. –** Three nonprofit groups filed suit today against Laurel, Miss.-based Sanderson Farms, Inc. (NASDAQ: SAFM) for falsely advertising products that contain a wide range of unnatural and in some cases prohibited substances, as "100% Natural." Substances include antibiotics, steroids, hormones and even a drug with hallucinogenic effects. The groups suing Sanderson are Organic Consumers Association (OCA), Friends of the Earth (FoE), and Center for Food Safety (CFS).

Sanderson Chicken claims its chicken is 100% Natural or "nothing but chicken." But recent testing conducted by the National Residue Program of the U.S. Department of Agriculture's (USDA) Food Safety and Inspection Service (FSIS) found 49 instances in which samples of Sanderson products tested positive for residues of synthetic drugs that are not "100% Natural."  Thirty-three percent of the 69 FSIS inspections, conducted in five states, uncovered residues that no reasonable consumer would consider "natural."

Test results included:

- Eleven instances of antibiotics for human use, including chloramphenical, which is prohibited for use in food animals.
- Positive results for ketamine, a drug with hallucinogenic effects, using testing methods normally applied to beef and pork. Valid testing methods have not been developed for ketamine in poultry, because ketamine is not approved for use in poultry.
- Ketoprofren, an anti-inflammatory drug
- Predisone, a steroid
- Traces of growth two hormones: melengesterol acetate and a beta agonist ractopamine. Both are banned in chicken production.
- Six instances of residues of amoxicillin, a medically important antibiotic for human use and one that is not approved for use in poultry. Deserves further investigation because, similar to ketamine, valid testing methods have been developed only for beef.
- Three instances of penicillin residue at up to 0.285 ppb, for which the residue regulatory limit is zero.

- Positive test results for the insecticides abamectin and Emamectin, using testing methods that apply to pork.

"Consumers should be alarmed that any food they eat contains steroids, recreational or anti-inflammatory drugs, or antibiotics prohibited for use in livestock—much less that these foods are falsely advertised and labeled '100% Natural,'" **said Ronnie Cummins, OCA's international director.** "Sanderson's advertising claims are egregiously misleading to consumers, and unfair to competitors. The organic and free-range poultry sector would be growing much more rapidly if consumers knew the truth about Sanderson's products and false advertising."

"Drugs in our chicken is anything but natural," **said Kari Hamerschlag, FoE's deputy director of food and technology.** "This scandal is a wake-up call to all the consumers who want healthier meat. The widespread presence of drugs in Sanderson Farms chicken reflects the excessive use of antibiotics and other chemicals used to keep animals alive in the filthy, inhumane, factory-farm conditions in which the birds are raised."

"Sanderson Farms' claim that there is 'only chicken in [their] chicken' is an outright lie," **said Paige Tomaselli, senior attorney at CFS, and co-counsel in the case.** "The pharmaceuticals and other contaminants that FSIS found in Sanderson's chicken present potential human health and food safety risks. Consumers are being deceived in thinking that these products are natural and wholesome."

With FY 2016 sales of $2.816 billion, Sanderson Farms sells chicken in California and other states, under its own brand name and private labels, through retail stores such as Shaw's, Albertsons, Food 4 Less, Foods Co, WinCo Foods and others. Sanderson chicken is also distributed to institutions, and is sold to casual dining outlets, such as Arby's, Darden Restaurants (which owns Olive Garden, Longhorn Steakhouse, Yardhouse, Capitol Grill and others), Dairy Queen and Chili's.

The nonprofits are represented by Brooklyn, N.Y.-based Richman Law Group, Santa Fe, N.M.-based Elsner Law & Policy and Center for Food Safety (CFS).
Read the formal complaint here.

# # #

**About the Organic Consumers Association**
The Organic Consumers Association is an online and grassroots non-profit 501(c)3 public-interest organization advocating on behalf of more than two million U.S. consumers for health, justice, and regeneration. For more information, please visit www.organicconsumers.org. @OCA_Press.

**About Friends of the Earth**
Friends of the Earth fights to create a more healthful and just world. Our current campaigns focus on promoting clean energy and solutions to climate change, ensuring the food we eat and products we use are safe and sustainable, and protecting marine ecosystems and the people who live and work near them.

**About Center for Food Safety**
Center for Food Safety's mission is to empower people, support farmers, and protect the earth from the harmful impacts of industrial agriculture. Through groundbreaking legal, scientific, and grassroots action, we protect and promote your right to safe food and the environment. Please join our more than 900,000 consumer and farmer advocates across the country at www.centerforfoodsafety.org. Twitter: @CFSTrueFood, @CFS_Press

**About Richman Law Group**
Richman Law Group is a collective of lawyers specializing in impact litigation to repair the world. Richman Law Group was founded on the idea that what cannot be achieved by way of legislation can sometimes be achieved by way of litigation. This tight-knit cadre of tenacious and diverse professionals is dedicated to fighting for the rights of its clients, and through them, the needs of the community at large. For more information, please visit www.richmanlawgroup.com.

**About Elsner Law & Policy, LLC**

Elsner Law seeks to make food systems more just, ethical and sustainable, through representation of local and national non-profit organizations, small businesses, and political organizations. More information available at www.ElsnerLaw.org.

--

You received this message because you are subscribed to the Google ████ps     group.
To unsubscribe from this group and stop receiving emails from it, send an email to
████████████████

To post to this group, send emai███████████████
To view this discussion on the web v███████████████████████
██████████████████

**To:** khamerschlag@foe.org[khamerschlag@foe.org]; ███████████████
**From:** Nicole McCann
**Sent:** Thur 6/22/2017 3:35:09 PM
**Subject:** ███████ RE: We just sued Sanderson Farms, please spread the word

Here's another tweet to add to Kari's. It's a quote from Paige.

https://twitter.com/CFS_Press/status/877987957461929985


-----

Nicole McCann
Social Media Manager
660 Pennsylvania Ave. SE, Suite 302
Washington, DC 20003
*p:* 202.547.9359 | *c:* 804.929.7797

Join Us | Facebook | Twitter | Instagram | Pinterest | YouTube



This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited by law. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Hamerschlag, Kari [mailto:khamerschlag@foe.org]
**Sent:** Thursday, June 22, 2017 4:02 PM
**To:** ████████████████
**Subject:** █████████ We just sued Sanderson Farms, please spread the word

http://www.foe.org/news/news-releases/2017-06-nonprofits-sue-third-largest-poultry-co-for-false-advertising

Bloomberg broke the story: https://www.bloomberg.com/news/articles/2017-06-22/there-could-be-ketamine-in-yo natural-chicken

And here is my article on Ecowatch https://www.ecowatch.com/sanderson-farms-lawsuit-2446362999.html

https://twitter.com/KariHamerschlag/status/877979499417227264

https://twitter.com/KariHamerschlag/status/877976636565704705


Please spread the word!


Thanks,
Kari

# Nonprofits Sue Third-Largest Poultry Co. for False Advertising of Drug-Contaminated Chicken

*Posted Jun. 22, 2017 / Posted by: Friends of the Earth*

## Sanderson Farms' '100% Natural' Advertising Claims Deceive Consumers, Threaten Public Health

**OAKLAND, CALIF.** – Three nonprofit groups filed suit today against Laurel, Miss.-based Sanderson Farms, Inc. (NASDAQ: SAFM) for falsely advertising products that contain a wide range of unnatural and in some cases prohibited substances, as "100% Natural." Substances include antibiotics, steroids, hormones and

even a drug with hallucinogenic effects. The groups suing Sanderson are Organic Consumers Association (OCA), Friends of the Earth (FoE), and Center for Food Safety (CFS).

Sanderson Chicken claims its chicken is 100% Natural or "nothing but chicken." But recent testing conducted by the National Residue Program of the U.S. Department of Agriculture's (USDA) Food Safety and Inspection Service (FSIS) found 49 instances in which samples of Sanderson products tested positive for residues of synthetic drugs that are not "100% Natural." Thirty-three percent of the 69 FSIS inspections, conducted in five states, uncovered residues that no reasonable consumer would consider "natural."

Test results included:

- Eleven instances of antibiotics for human use, including chloramphenical, which is prohibited for use in food animals.
- Positive results for ketamine, a drug with hallucinogenic effects, using testing methods normally applied to beef and pork. Valid testing methods have not been developed for ketamine in poultry, because ketamine is not approved for use in poultry.
- Ketoprofren, an anti-inflammatory drug
- Predisone, a steroid
- Traces of growth two hormones: melengesterol acetate and a beta agonist ractopamine. Both are banned in chicken production.
- Six instances of residues of amoxicillin, a medically important antibiotic for human use and one that is not approved for use in poultry. Deserves further investigation because, similar to ketamine, valid testing methods have been developed only for beef.
- Three instances of penicillin residue at up to 0.285 ppb, for which the residue regulatory limit is zero.
- Positive test results for the insecticides abamectin and Emamectin, using testing methods that apply to pork.

"Consumers should be alarmed that any food they eat contains steroids, recreational or anti-inflammatory drugs, or antibiotics prohibited for use in livestock—much less that these foods are falsely advertised and labeled '100% Natural,'" said **Ronnie Cummins, OCA 's international director.** "Sanderson's advertising claims are egregiously misleading to consumers, and unfair to competitors. The organic and free-range poultry sector would be growing much more rapidly if consumers knew the truth about Sanderson's products and false advertising."

"Drugs in our chicken is anything but natural," said **Kari Hamerschlag, Friends of the Earth 's deputy director of food and technology.** "This scandal is a wake-up call to all the consumers who want healthier meat. The widespread presence of drugs in Sanderson Farms chicken reflects the excessive use of antibiotics and other chemicals used to keep animals alive in the filthy, inhumane, factory-farm conditions in which the birds are raised."

"Sanderson Farms' claim that there is 'only chicken in [their] chicken' is an outright lie," said **Paige Tomaselli, senior attorney at CFS** , and co-counsel in the case. "The pharmaceuticals and other contaminants that FSIS found in Sanderson's chicken present potential human health and food safety risks. Consumers are being deceived in thinking that these products are natural and wholesome."

With FY 2016 sales of $2.816 billion, Sanderson Farms sells chicken in California and other states, under its own brand name and private labels, through retail stores such as Shaw's, Albertsons, Food 4 Less, Foods Co, WinCo Foods and others. Sanderson chicken is also distributed to institutions, and is sold to casual dining outlets, such as Arby's, Darden Restaurants (which owns Olive Garden, Longhorn Steakhouse, Yardhouse, Capitol Grill and others), Dairy Queen and Chili's.

The nonprofits are represented by Brooklyn, N.Y.-based Richman Law Group, Santa Fe, N.M.-based Elsner Law & Policy and Center for Food Safety (CFS).

Read the formal complaint here.

**Contacts:**
Katherine Paul, Organic Consumers Assoc., 207-653-3090, katherine@organicconsumers.org
Kari Hamerschlag, Friends of the Earth, 510-207-7257, khamerschag@foe.org

Patrick Davis, Friends of the Earth, 202-222-0744, pdavis@foe.org
Paige Tomaselli, Center for Food Safety, 415-826-2770, ptomaselli@centerforfoodsafety.org
- See more at: http://www.foe.org/news/news-releases/2017-06-nonprofits-sue-third-largest-poultry-co-for-false-advertising#sthash.Cjh66NOI.dpuf

--
You received this message because you are subscribed to the Google ███ ps     group.
To unsubscribe from this group and stop receiving emails from it, send an email to
████████████████████████
To post to this group, send emai███████████████
To view this discussion on the web v████████████████████████████████████████
████████████████████████

--
You received this message because you are subscribed to the Google ███ ps     group.
To unsubscribe from this group and stop receiving emails from it, send an email to

To post to this group, send emai████████████████
To view this discussion on the web visit
████████████████████████████████████████████
████████████████

**To:** ██████████████████
**From:** ██████████████████
**Sent:** Mon 6/26/2017 10:13:26 AM
**Subject:** Re: ████████████ FW: Nonprofits Sue Third-Largest Poultry Co. for False Advertising of Drug-Contaminated Chicken

Hi Folks,
I hope everyone's having a great start to the week. I'm writing to share a blog I drafted to build visibility on the BK announcement last week and the lawsu against Sanderson Farms by Friends of the Earth and others. Please share the blog if you're able to. The more we highlight Sanderson's misconduct the

Here's an article from Reuters for background on the Burger King announcement and an Ecowatch article about the Sanderson lawsuit:
Reuters: https://www.reuters.com/article/us-rstrnt-brnd-antibiotics-idUSKBN19D21I
Ecowatch: https://www.ecowatch.com/sanderson-farms-lawsuit-2446362999.html

Here's a link to my blog on mediu██████████████

Here's my tweet if you'd like to R███████████████████████

Nice job to all those involved in the Sanderson suit!

**Apologies for any cross posting**

Best,
████

████████████████n
████████████r
████████████████d

████████████108
████████████
████████████
████████-
████████████

On Thu, Jun 22, 2017 at 2:37 P████████████████████████
████████████████ wrote:

From Friends of the Earth.

FYI. Today Friends of the Earth, Center for Food Safe, and Organic Consumers Association joined a lawsuit suing Sanderson Farms. See below and this Bloomberg article. Please help spread the word. We are hopeful this case will help expose the terrible practices of industrial factory farming and encourage consumers, institutions, retailers and restaurants to choose better, third-party certified organic and animal welfare approved options.

https://www.bloomberg.com/news/articles/2017-06-22/there-could-be-ketamine-in-your-natural-chicken

**http://www.foe.org/news/news-releases/2017-06-nonprofits-sue-third-largest-poultry-co-for-false-advertising**

**For Immediate Release:** June 22, 2017

**Contacts:** Katherine Paul, Organic Consumers Assoc., 207-653-3090, katherine@organicconsumers.org

Kari Hamerschlag, Friends of the Earth, <u>510-207-7257</u>, <u>khamerschag@foe.org</u>;

Patrick Davis, Friends of the Earth, <u>202-222-0744</u>, <u>pdavis@foe.org</u>

Paige Tomaselli, Center for Food Safety, <u>415-826-2770</u>,
ptomaselli@centerforfoodsafety.org

# Nonprofits Sue Third-Largest Poultry Co. for False Advertising of Drug-Contaminated Chicken

## Sanderson Farms' '100% Natural' Advertising Claims Deceive Consumers, Threaten Public Health

**OAKLAND, CALIF. –** Three nonprofit groups filed suit today against Laurel, Miss.-based Sanderson Farms, Inc. (NASDAQ: SAFM) for falsely advertising products that contain a wide range of unnatural and in some cases prohibited substances, as "100% Natural." Substances include antibiotics, steroids, hormones and even a drug with hallucinogenic effects. The groups suing Sanderson are Organic Consumers Association (OCA), Friends of the Earth (FoE), and Center for Food Safety (CFS).

Sanderson Chicken claims its chicken is 100% Natural or "nothing but chicken." But recent testing conducted by the National Residue Program of the U.S. Department of Agriculture's (USDA) Food Safety and Inspection Service (FSIS) found 49 instances in which samples of Sanderson products tested positive for residues of synthetic drugs that are not "100% Natural." Thirty-three percent of the 69 FSIS inspections, conducted in five states, uncovered residues that no reasonable consumer would consider "natural."

Test results included:

- Eleven instances of antibiotics for human use, including chloramphenical, which is prohibited for use in food animals.

- Positive results for ketamine, a drug with hallucinogenic effects, using testing methods normally applied to beef and pork. Valid testing methods have not been developed for ketamine in poultry, because ketamine is not approved for use in poultry.

- Ketoprofren, an anti-inflammatory drug

- Predisone, a steroid

- Traces of growth two hormones: melengesterol acetate and a beta agonist ractopamine. Both are banned in chicken production.

- Six instances of residues of amoxicillin, a medically important antibiotic for human use and one that is not approved for use in poultry. Deserves further investigation because, similar to ketamine, valid testing methods have been developed only for beef.

- Three instances of penicillin residue at up to 0.285 ppb, for which the residue regulatory limit is zero.

- Positive test results for the insecticides abamectin and Emamectin, using testing methods that apply to pork.


"Consumers should be alarmed that any food they eat contains steroids, recreational or anti-inflammatory drugs, or antibiotics prohibited for use in livestock—much less that these foods are falsely advertised and labeled '100% Natural,'" **said Ronnie Cummins, OCA's international director.** "Sanderson's advertising claims are egregiously misleading to consumers, and unfair to competitors. The organic and free-range poultry sector would be growing much more rapidly if consumers knew the truth about Sanderson's products and false advertising."


"Drugs in our chicken is anything but natural," **said Kari Hamerschlag, FoE's deputy director of food and technology.** "This scandal is a wake-up call to all the consumers who want healthier meat. The widespread presence of drugs in Sanderson Farms chicken reflects the excessive use of antibiotics and other chemicals used to keep animals alive in the filthy, inhumane, factory-farm conditions in which the birds are raised."

"Sanderson Farms' claim that there is 'only chicken in [their] chicken' is an outright lie," **said Paige Tomaselli, senior attorney at CFS, and co-counsel in the case.** "The pharmaceuticals and other contaminants that FSIS found in Sanderson's chicken present potential human health and food safety risks. Consumers are being deceived in thinking that these products are natural and wholesome."


With FY 2016 sales of $2.816 billion, Sanderson Farms sells chicken in California and other states, under its own brand name and private labels, through retail stores such as Shaw's, Albertsons, Food 4 Less, Foods Co, WinCo Foods and others. Sanderson chicken is also distributed to institutions, and is sold to casual dining outlets, such as Arby's, Darden Restaurants (which owns Olive Garden, Longhorn Steakhouse, Yardhouse, Capitol Grill and others), Dairy Queen and Chili's.


The nonprofits are represented by Brooklyn, N.Y.-based Richman Law Group, Santa Fe, N.M.-based Elsner Law & Policy and Center for Food Safety (CFS).

Read the formal complaint here.

# # #

**About the Organic Consumers Association**

The Organic Consumers Association is an online and grassroots non-profit 501(c)3 public-interest organization advocating on behalf of more than two million U.S. consumers for health, justice, and regeneration. For more information, please visit www.organicconsumers.org. @OCA_Press.


**About Friends of the Earth**

Friends of the Earth fights to create a more healthful and just world. Our current campaigns focus on promoting clean energy and solutions to climate change, ensuring the food we eat and products we use are safe and sustainable, and protecting marine ecosystems and the people who live and work near them.


**About Center for Food Safety**

Center for Food Safety's mission is to empower people, support farmers, and protect the earth from the harmful impacts of industrial agriculture. Through groundbreaking legal, scientific, and grassroots action, we protect and promote your right to safe food and the environment. Please join our more than 900,000 consumer and farmer advocates across the country at www.centerforfoodsafety.org. Twitter: @CFSTrueFood, @CFS_Press


**About Richman Law Group**

Richman Law Group is a collective of lawyers specializing in impact litigation to repair the world. Richman Law Group was founded on the idea that what cannot be achieved by way of legislation can sometimes be achieved by way of litigation. This tight-knit cadre of tenacious and diverse professionals is dedicated to fighting for the rights of its clients, and through them, the needs of the community at large. For more information, please visit www.richmanlawgroup.com.


**About Elsner Law & Policy, LLC**

Elsner Law seeks to make food systems more just, ethical and sustainable, through representation of local and national non-profit organizations, small businesses, and political organizations. More information available at www.ElsnerLaw.org.


--
You received this message because you are subscribed to the Google▇▇▇ps        group.
To unsubscribe from this group and stop receiving emails from it, send an email to

To post to this group, send emai█████████████████████

To view this discussion on the web visit ████████████████████████████████████

██████████████████████████

Posted by ████████████████████████

**Reply via web post** • Reply to sender • Reply to group • Start a New Topic • Messages in this topic (2)



Have you tried the highest rated email app?

With 4.5 stars in iTunes, the Yahoo Mail app is the highest rated email app on the market. What are you waiting f you can access all your inboxes (Gmail, Outlook, AOL and more) in one place. Never delete an email again with of free cloud storage.

**VISIT YOUR GROUP**

• Privacy • Unsubscribe • Terms of Use

**To:** Cameron Harsh[CHarsh@CenterforFoodSafety.org]
**From:** ████████
**Sent:** Wed 6/28/2017 7:48:29 AM
**Subject:** RE: ████ notes update

Thanks Cameron!

---

**From:** Cameron Harsh [mailto:CHarsh@CenterforFoodSafety.org]
**Sent:** Wednesday, June 28, 2017 8:27 AM
**To:** ████████
**Subject:** Re: ████ notes update

Hi ████,

Just a couple of corrections below. Thanks! It was great seeing you at the meeting, and looking forward to meeting up when I'm back in town.

Cameron

- CFS, Organic Consumers Association, and Friends of the Earth lawsuit against Sanderson claims on 100% natural chicken based on OCA's chemical residue analyses.
  - http://www.centerforfoodsafety.org/files/oca-v-sanderson--complaint-court-stamped_50362.pdf

---

**From:** ████████
**Sent:** Tuesday, June 27, 2017 2:38 PM
**To:** Cameron Harsh
**Subject:** ████ notes update

Hi Cameron,

Can you confirm the general summary notes of your readouts, specifically if there's anything I miswrote or left out? Any actionable items for the meeting and lawsuit?

- CFS, Organic Consumers lawsuit against Sanderson claims on 100% natural chicken
  - http://www.centerforfoodsafety.org/files/oca-v-sanderson--complaint-court-stamped_50362.pdf

Thanks very much,

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

To: ████████████████████
Cc: Cameron Harsh[CHarsh@CenterforFoodSafety.org]; ████████████████████
████████████████████Rebecca
Spector[RSpector@CenterforFoodSafety.org]; ████████

**From:** Hamerschlag, Kari
**Sent:** Thur 6/29/2017 10:01:32 AM
**Subject:** Re: Agenda for today's call 2pm EST

Hi folks,
I will not be on the call today, sorry.
I can't recall much about antibiotics specifically at the Menus of Change event. Last year it was a big focus, this ye:
much. Main focus was on plant-forward menus. But I may have missed it since I was frantically trying to get my Sa
piece out the door.

Thanks to those of you who retweeted it—I greatly appreciate it.

https://www.ecowatch.com/sanderson-farms-lawsuit-2446362999.html

Sanderson's total denial response has been mindbl given similar testing results of key antibiotic drugs, chloramphenicol and amoxycillan from 4 or 5 different states.

One response in NY times story said they don't use any of those drugs. Another more formal response—included in this meatpoultry.com story denies use of any of these drugs with the exception of penicillin http://www.meatpoultry.com/articles/news_home/Business/2017/06/Sanderson_Farms_vows_to_fight.aspx?ID=%7BCDB7C72D-405A-431C-9EAA-A58C959227F8%7D

"While Sanderson Farms generally does not comment on pending litigation, we can unequivocally state that Sanderson Farms does not administer the antibiotics, other chemicals and pesticides, or "other pharmaceuticals" listed in the complaint with one exception," the company said. "To suggest otherwise is irresponsible. Our veterinarians do from time to time prescribe penicillin in FDA approved doses to treat sick flocks, and our withdrawal times far exceed FDA guidelines out of an abundance of caution. Most all of the drugs and chemicals cited in the complaint are not approved for use in broilers, and some would be lethal to chickens."

Also they say that they have never gotten one violative citation from USDA/FDA, which raises whole new questions. I think someone should look into that one. We will learn more in discovery.

Given that Darden buys from Sanderson Farms, we will be reinvigorating our pressure on that company later —and making more explicit ties to Sanderson Farms--this Summer leading up to the shareholder meeting.

Below is some of the coverage on Sanderson Farms.

My quick update on In N out is that Jason was able to speak with someone there and they are reviewing our letter....

I will plan to join the call next week.

Kari


**Sanderson Farms Website** (under corporate, news and media at the bottom of the homepage, and then news and press releases)
6/23/17 - SANDERSON FARMS COMMENTS ON CALIFORNIA COMPLAINT
- "The Company unequivocally states it does not administer the antibiotics, other chemicals and pesticides, or "other pharmaceuticals" listed in the complaint to its flocks, with one exception. To suggest otherwise is false and irresponsible."
- "In its 70-year history, Sanderson Farms has never been cited by the United States Department of Agriculture (USDA) or any other regulatory body for violation of any residue law, rule or regulation."
- In a separate press release they also announced they are hosting an investor conference in NOLA in October.

**Ag Web**
6/22/17 - Sanderson Farms Sued by Consumer Groups Over Ketamine Chicken --> Reprint of the Bloomberg

story

**Alternet**
6/24/17 - You May Be Eating Chicken Contaminated With a Hallucinogenic Drug (written by Katherine Paul)

**Bloomberg**
6/23/17 - BRIEF-Sanderson Farms comments on complaint filed in California (very short recap)

**Care2**
6/25/17 - How Healthy is That "100% Natural" Chicken You're Eating?

**CFS Website**
Here is the press release.

**EcoWatch**
6/22/17 - Think You're Eating '100% Natural' Chicken? Think Again --> This is Kari's article

**Feedstuffs**
6/26/17 - Sanderson Farms sued for 'false advertising' --> Pretty similiar to the Meat + Poultry article below but Sanderson did also say, "Sanderson added that, in its 70-year history, it has never been cited by USDA or any other regulatory body for violation of any residue law, rule or regulation."

**FOE Website**
Here is the news release and they also have the complaint posted on their website.

**Food Dive**
6/26/17 - Sanderson Farms disputes lawsuit claiming its chicken contains chemical and synthetic drug residue
- "The meat giant also stated that the majority of the substances listed in the complaint aren't approved for use in broilers, and some would be lethal to chickens."

**Food and Wine**
6/23/17 - Burger King and Popeyes Pledge Antibiotic-Free Chicken by 2018

**Fox News**
6/26/17 - Drug residue found in Sanderson Farms' '100% Natural' chicken product, complaint claims

**La Vanguardia** *(Spanish language publication)*
6/23/17 - Alarma en Estados Unidos por los pollos '100% natural' criados con ketamina --> The copy is largely based on the Bloomberg article but the photo they used was interesting but not sure it is actually from Sanderson

**Law360**
6/23/17 - Sanderson Poultry Hit With Suit On '100% Natural' Claim (Gretchen is quoted!)

**Meat + Poultry**
6/23/17 - Sanderson Farms vows to fight false advertising lawsuit
- The article is largely regurgitation of the Bloomberg one and the OCA press release but there are a few Sanderson quotes.
- ""While Sanderson Farms generally does not comment on pending litigation, we can unequivocally state that Sanderson Farms does not administer the antibiotics, other chemicals and pesticides, or "other pharmaceuticals" listed in the complaint with one exception," the company said. "To suggest otherwise is irresponsible. Our veterinarians do from time to time prescribe penicillin in FDA approved doses to treat sick flocks, and our withdrawal times far exceed FDA guidelines out of an abundance of caution.  Most all of the drugs and chemicals cited in the complaint are not approved for use in broilers, and some would be lethal to chickens.""
- ""We will vigorously defend this lawsuit, and will take specific steps to make sure our position is clear," Sanderson Farms said. "We will also continue our advertising campaign to educate consumers on our position regarding the judicious use of FDA approved medicines to treat sick chickens and to prevent disease in our flocks. Such use is consistent with our animal welfare obligations to the animals under our care, our environmental sustainability efforts and our obligations regarding food safety.""

**Medium**
6/26/17 - Burger King Takes Action on Antibiotics, Sanderson Farms Takes a Back Seat --> Some good insight into antibiotic resistance

**Mississippi Business Journal**
6/23/17 - Sanderson Farms sued over ads that allegedly mislead

- "Despite the statement issued by Sanderson on Friday, Lampkin Butts, president and chief operating officer for the company, was quoted in an interview with The New York Times in August as defending the use of antibiotics, calling 'its competitors' efforts in the other direction a 'marketing gimmick' aimed at charging higher prices.'"
- "Sanderson is a defendant in two other federal court cases, neither of which the company has discussed publicly. Former contract chicken growers filed suit Jan. 27 in the U.S. District Court for the Eastern District of Oklahoma against Sanderson and three other major processors, seeking damages for what they contend is price fixing that squeezed them out of their livelihood. Sanderson and 14 other processors were sued along the same lines last fall in the U.S. District Court for the Northern District of Illinois. Both cases are pending."

**The National Law Review**
6/26/17 - New "Natural" Lawsuit Targets Sanderson Farms' "100 Percent Natural" Chicken

**NY Times**
6/22/17 - Parent of Burger King, Tim Hortons to Curb Antibiotics in Chicken
- The article gives some good background on the use of antibiotics used in meat and dairy production and the link to antibiotic-resistant bacteria
- The last sentence is, "Mike Cockrell, Sanderson's chief financial officer, said the company does not use the antibiotics or other drugs and chemicals mentioned in the lawsuit and that it will launch a "vigorous" defense."

**The New Food Economy**
6/22/17 - Seasoned with Special K.
- Scroll down to find the story (it's a roundup)
- Last line says, "Perhaps more interesting: USDA didn't respond to Shanker's request for more information on whether or not Sanderson received "enforcement actions" for any of those test results. We can only hope the plaintiffs FOIA'd those documents as well." Yes we did!!!!
- Also in this round up: "**Big Brother is watching Big Chicken.** Tyson Foods has installed new video monitoring technology in its 33 poultry processing plants, a kind of Facebook Live for slaughterhouses"

**OCA's Website**
Here is the press release, the newsletter that featured the story, and the action alert.

**Politco**
6/23/17 - **SANDERSON FARMS SUED OVER DRUG ISSUES**: Three activist groups -- the Organic Consumers Association, Friends of the Earth and the Center for Food Safety --sued Sanderson Farms, a major poultry company, on Thursday. They allege the company engaged in false advertising.
The groups contend that Sanderson Farms' chicken -- which is marketed as 100% natural -- instead contains a wide range of unnatural and, in some cases, banned substances and drugs. The groups pointed to recent residue testing by the USDA, which they said found 49 instances in which samples of Sanderson products tested positive for residues of synthetic drugs.
"Thirty-three percent of the 69 FSIS inspections, conducted in five states, uncovered residues that no reasonable consumer would consider 'natural,'" the groups said.
**Drugs on drugs:** The groups highlighted a number of findings, including 11 instances of antibiotics that are also used in human medicine, including chloramphenical, which is prohibited for use in food animals, as well as positive tests for ketamine, a drug with hallucinogenic effects. (The groups, however, acknowledged that there were no valid testing methods to detect ketamine in poultry). The groups also said the chicken sometimes tested positive for prednisone, a steroid, and growth promoters melengesterol acetate and ractopamine, which is a beta agonist not approved for chicken production (although it is approved for turkeys).
"Sanderson's advertising claims are egregiously misleading to consumers, and unfair to competitors," said Ronnie Cummins, OCA's international director.
**Context:** In the public health sector, Sanderson Farms has long been considered a laggard on antibiotic resistance issues and now the poultry giant appears to be in their crosshairs.

**Street Insider**
6/23/17 - Sanderson Farms (SAFM) Issues Statement on California Complaint

On Jun 29, 2017, at 7:40 A████████████████████████ wrote:

One additional agenda item: if anyone that was at the Menus of Change conference is able to join today's call, it would great to hear highlights from the event and any info about antibiotics that may have come up.

████



On Thu, Jun 29, 2017 at 10:36 A███████████████████████ wrote:

Hi Folks,
I hope you're all having a good week. W████ on vacation I'll be running today's call. Below is a short agenda, please let me know if you have additional items to discuss. Talk to you soon!

**AGENDA**

**I. McDonald's**
- Supply chain info
- Response from Claire regarding meeting
- Review our timeline for moving forward
- McDonald's in relation to the scorecard, how can we use it to move McDonald's in the right direction?

**II. Corporate updates**
- New companies on the FAIRR engagement list for antibiotics, are there opportunities for us to do quick hit actions on any of these chains?
· Cheesecake Factory
· Papa John's
· Whitbread
· Bloomin' Brands
· Denny's
· Dine Equity
· Greene King
· Marston's
· Sonic Corp
· Texas Roadhouse

- In N Out update

**III. SF Ordinance update? Other updates**

Best,

To:     Hamerschlag, Kari[khamerschlag@foe.org]
Cc:     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Cameron Harsh[CHarsh@CenterforFoodSafety.org];
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ebecca Spector[RSpector@CenterforFoodSafety.org];
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
From:   ▇▇▇▇▇▇▇▇
Sent:   Thur 6/29/2017 10:32:12 AM
Subject: Re: Agenda for today's call 2pm EST

Thanks for the Sanderson info and clips K▇▇▇ is planning on following up regarding USDA's failure to act on what are violative residues--albeit at quit levels. Nevertheless, the law is the law. You can get a speeding ticket for going one mile over the limit. You can at least expect a warning.

We've also been wondering about Sanderson's blanket denial. Of course the company is known for its chutzpah. Still, we've been wondering if it migh suppliers, at the farm level, who might be taking it upon themselves to use unapproved substances--and that Sanderson is turning a blind eye to this. Kind of like when all the toy companies gave their Chinese suppliers specs that said no lead in paint, but paid no attention to what was in the shipments until scand

On Thu, Jun 29, 2017 at 11:01 AM, Hamerschlag, Kari <khamerschlag@foe.org> wrote:

Hi folks,
I will not be on the call today, sorry.
I can't recall much about antibiotics specifically at the Menus of Change event. Last year it was a big focus, this not so much. Main focus was on plant-forward menus. But I may have missed it since I was frantically trying to my Sanderson piece out the door.

Thanks to those of you who retweeted it—I greatly appreciate it.

https://www.ecowatch.com/sanderson-farms-lawsuit-2446362999.html

Sanderson's total denial response has been mindbl given similar testing results of key antibiotic drugs, chloramphenicol and amoxycillan from 4 or 5 different states.

One response in NY times story said they don't use any of those drugs. Another more formal response—included in this meatpoultry.com story denies use of any of these drugs with the exception of penicillin http://www.meatpoultry.com/articles/news_home/Business/2017/06/Sanderson_Farms_vows_to_fight.aspx?ID=%7BCDB7C72D-405A-431C-9EAA-A58C959227F8%7D

"While Sanderson Farms generally does not comment on pending litigation, we can unequivocally state that Sanderson Farms does not administer the antibiotics, other chemicals and pesticides, or "other pharmaceuticals" listed in the complaint with one exception," the company said. "To suggest otherwise is irresponsible. Our veterinarians do from time to time prescribe penicillin in FDA approved doses to treat sick flocks, and our withdrawal times far exceed FDA guidelines out of an abundance of caution. Most all of the drugs and chemicals cited in the complaint are not approved for use in broilers, and some would be lethal to chickens."

Also they say that they have never gotten one violative citation from USDA/FDA, which raises whole new questions. I think someone should look into that one. We will learn more in discovery.

Given that Darden buys from Sanderson Farms, we will be reinvigorating our pressure on that company later —and making more explicit ties to Sanderson Farms--this Summer leading up to the shareholder meeting.

Below is some of the coverage on Sanderson Farms.

My quick update on In N out is that Jason was able to speak with someone there and they are reviewing our letter....

I will plan to join the call next week.

Kari


**Sanderson Farms Website** (under corporate, news and media at the bottom of the homepage, and then news and press releases)
6/23/17 -  SANDERSON FARMS COMMENTS ON CALIFORNIA COMPLAINT
-  "The Company unequivocally states it does not administer the antibiotics, other chemicals and

pesticides, or "other pharmaceuticals" listed in the complaint to its flocks, with one exception. To
suggest otherwise is false and irresponsible."
- "In its 70-year history, Sanderson Farms has never been cited by the United States Department of
Agriculture (USDA) or any other regulatory body for violation of any residue law, rule or regulation."
- In a separate press release they also announced they are hosting an investor conference in NOLA in
October.

## Ag Web
6/22/17 - Sanderson Farms Sued by Consumer Groups Over Ketamine Chicken --> Reprint of the Bloomberg
story

## Alternet
6/24/17 - You May Be Eating Chicken Contaminated With a Hallucinogenic Drug (written by Katherine
Paul)

## Bloomberg
6/23/17 - BRIEF-Sanderson Farms comments on complaint filed in California (very short recap)

## Care2
6/25/17 - How Healthy is That "100% Natural" Chicken You're Eating?

## CFS Website
Here is the press release.

## EcoWatch
6/22/17 - Think You're Eating '100% Natural' Chicken? Think Again --> This is Kari's article

## Feedstuffs
6/26/17 - Sanderson Farms sued for 'false advertising' --> Pretty similiar to the Meat + Poultry article
below but Sanderson did also say, "Sanderson added that, in its 70-year history, it has never been
cited by USDA or any other regulatory body for violation of any residue law, rule or regulation."

## FOE Website
Here is the news release and they also have the complaint posted on their website.

## Food Dive
6/26/17 - Sanderson Farms disputes lawsuit claiming its chicken contains chemical and synthetic drug
residue
- "The meat giant also stated that the majority of the substances listed in the complaint aren't
approved for use in broilers, and some would be lethal to chickens."

## Food and Wine
6/23/17 - Burger King and Popeyes Pledge Antibiotic-Free Chicken by 2018

## Fox News
6/26/17 - Drug residue found in Sanderson Farms' '100% Natural' chicken product, complaint claims

## La Vanguardia *(Spanish language publication)*
6/23/17 - Alarma en Estados Unidos por los pollos '100% natural' criados con ketamina --> The copy is largely
based on the Bloomberg article but the photo they used was interesting but not sure it is actually from Sanderson

## Law360
6/23/17 - Sanderson Poultry Hit With Suit On '100% Natural' Claim (Gretchen is quoted!)

## Meat + Poultry
6/23/17 - Sanderson Farms vows to fight false advertising lawsuit
- The article is largely regurgitation of the Bloomberg one and the OCA press release but there are a few
Sanderson quotes.
- ""While Sanderson Farms generally does not comment on pending litigation, we can unequivocally state that
Sanderson Farms does not administer the antibiotics, other chemicals and pesticides, or "other pharmaceuticals"
listed in the complaint with one exception," the company said. "To suggest otherwise is irresponsible. Our
veterinarians do from time to time prescribe penicillin in FDA approved doses to treat sick flocks, and our
withdrawal times far exceed FDA guidelines out of an abundance of caution.  Most all of the drugs and chemicals
cited in the complaint are not approved for use in broilers, and some would be lethal to chickens.""
- ""We will vigorously defend this lawsuit, and will take specific steps to make sure our position is clear,"
Sanderson Farms said. "We will also continue our advertising campaign to educate consumers on our position
regarding the judicious use of FDA approved medicines to treat sick chickens and to prevent disease in our

flocks. Such use is consistent with our animal welfare obligations to the animals under our care, our environmental sustainability efforts and our obligations regarding food safety.""

## Medium
6/26/17 - Burger King Takes Action on Antibiotics, Sanderson Farms Takes a Back Seat --> Some good insight into antibiotic resistance

## Mississippi Business Journal
6/23/17 - Sanderson Farms sued over ads that allegedly mislead
- "Despite the statement issued by Sanderson on Friday, Lampkin Butts, president and chief operating officer for the company, was quoted in an interview with The New York Times in August as defending the use of antibiotics, calling 'its competitors' efforts in the other direction a 'marketing gimmick' aimed at charging higher prices.""
- "Sanderson is a defendant in two other federal court cases, neither of which the company has discussed publicly. Former contract chicken growers filed suit Jan. 27 in the U.S. District Court for the Eastern District of Oklahoma against Sanderson and three other major processors, seeking damages for what they contend is price fixing that squeezed them out of their livelihood. Sanderson and 14 other processors were sued along the same lines last fall in the U.S. District Court for the Northern District of Illinois. Both cases are pending."

## The National Law Review
6/26/17 - New "Natural" Lawsuit Targets Sanderson Farms' "100 Percent Natural" Chicken

## NY Times
6/22/17 - Parent of Burger King, Tim Hortons to Curb Antibiotics in Chicken
- The article gives some good background on the use of antibiotics used in meat and dairy production and the link to antibiotic-resistant bacteria
- The last sentence is, "Mike Cockrell, Sanderson's chief financial officer, said the company does not use the antibiotics or other drugs and chemicals mentioned in the lawsuit and that it will launch a "vigorous" defense."

## The New Food Economy
6/22/17 - Seasoned with Special K.
- Scroll down to find the story (it's a roundup)
- Last line says, "Perhaps more interesting: USDA didn't respond to Shanker's request for more information on whether or not Sanderson received "enforcement actions" for any of those test results. We can only hope the plaintiffs FOIA'd those documents as well." Yes we did!!!!
- Also in this round up: **Big Brother is watching Big Chicken.** Tyson Foods has installed new video monitoring technology in its 33 poultry processing plants, a kind of Facebook Live for slaughterhouses"

## OCA's Website
Here is the press release, the newsletter that featured the story, and the action alert.

## Politco
6/23/17 - **SANDERSON FARMS SUED OVER DRUG ISSUES:** Three activist groups -- the Organic Consumers Association, Friends of the Earth and the Center for Food Safety --sued Sanderson Farms, a major poultry company, on Thursday. They allege the company engaged in false advertising.
The groups contend that Sanderson Farms' chicken -- which is marketed as 100% natural -- instead contains a wide range of unnatural and, in some cases, banned substances and drugs. The groups pointed to recent residue testing by the USDA, which they said found 49 instances in which samples of Sanderson products tested positive for residues of synthetic drugs.
"Thirty-three percent of the 69 FSIS inspections, conducted in five states, uncovered residues that no reasonable consumer would consider 'natural,'" the groups said.
**Drugs on drugs:** The groups highlighted a number of findings, including 11 instances of antibiotics that are also used in human medicine, including chloramphenical, which is prohibited for use in food animals, as well as positive tests for ketamine, a drug with hallucinogenic effects. (The groups, however, acknowledged that there were no valid testing methods to detect ketamine in poultry). The groups also said the chicken sometimes tested positive for prednisone, a steroid, and growth promoters melengesterol acetate and ractopamine, which is a beta agonist not approved for chicken production (although it is approved for turkeys).
"Sanderson's advertising claims are egregiously misleading to consumers, and unfair to competitors," said Ronnie Cummins, OCA's international director.
**Context:** In the public health sector, Sanderson Farms has long been considered a laggard on antibiotic resistance issues and now the poultry giant appears to be in their crosshairs.

## Street Insider
6/23/17 - Sanderson Farms (SAFM) Issues Statement on California Complaint

On Jun 29, 2017, at 7:40 A▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

One additional agenda item: if anyone that was at the Menus of Change conference is able to join today's call, it would great to hear highlights from the event and any info about antibiotics that may have come up.

▇▇:



On Thu, Jun 29, 2017 at 10:36 A▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

Hi Folks,
I hope you're all having a good week. With Lena on vacation I'll be running today's call. Below is a short agenda, please let me know if you have additional items to discuss. Talk to you soon!

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**AGENDA**

**I. McDonald's**
- Supply chain info
- Response from Claire regarding meeting
- Review our timeline for moving forward
- McDonald's in relation to the scorecard, how can we use it to move McDonald's in the right direction?

**II. Corporate updates**
- New companies on the FAIRR engagement list for antibiotics, are there opportunities for us to do quick hit actions on any of these chains?
·        Cheesecake Factory
·        Papa John's
·        Whitbread
·        Bloomin' Brands
·        Denny's
·        Dine Equity
·        Greene King
·        Marston's
·        Sonic Corp
·        Texas Roadhouse

- In N Out update

**III. SF Ordinance update? Other updates**

Best,
▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇



***
This e-mail message is intended only for the designated recipient(s) named above. The information contained in this e-mail and any attachments may be confidential or legally privileged. If you are not the intended recipient, you may not review, retain, copy, redistribute or use this e-mail or any attachment for any purpose, or disclose all or any part of its contents. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and permanently delete this e-mail and any attachments from your computer system .
***

To: ███████████

From: █████████████████

Sent: Wed 8/2/2017 11:39:25 AM

Subject: ████████  Sanderson never lets up

FYI – thanks ████ for the heads up. Note even Meating Place puts "truth-telling" in quotes

http://www.meatingplace.com/ArticleRedirector/?code=2s7&GType=3

Sanderson Farms continues 'truth-telling' campaign

By Tom Johnston on 8/1/2017

Sanderson Farms announced new television and radio ads called "Old MacGimmick" as the company continues a to reveal what it says are prevalent falsehoods and half-truths in poultry marketing.

"At Sanderson Farms, we have made it our responsibility to shine a light on misleading marketing tactics and label Joe F. Sanderson, Jr., CEO and chairman of Sanderson Farms. "Rather than acquiescing to trending scare tactics socially driven paranoia, Sanderson Farms has chosen to address the issues using hard science. While there may an easier route to take, we have chosen to continue this course of action for the benefit of our customers."

The "Old MacGimmick" ads are an extension of a campaign that Sanderson Farms began in August 2016 to promo continued use of antibiotics in poultry production and explain to consumers the resulting benefits such as improved welfare, environmental sustainability and food safety. The move came as competitors such as Perdue Farms, Tysc and Pilgrim's Pride moved further to eliminate some or all antibiotics use.

While going against the grain, Sanderson Farms said the general public has responded positively to its approach. effort began last year, the company has seen:

- 125.7 percent increase in Facebook followers
- 39.5 million Facebook video views
- 96,000 Facebook post shares

"Most Americans have simply lost touch with the farm and how agriculture operates, allowing misinformation to r rampant about where our food really comes from," said Hilary Burroughs, director of marketing for Sanderson Fa "We decided to use a myth-busting approach to the campaign as a means of dispelling some of the most commc misconceptions around antibiotics, hormones, steroids and animal welfare issues."

In conjunction with the new ads, Sanderson Farms has launched an updated consumer website full of education resources SandersonFarms.com is home to information about the company's animal welfare standards, sustainable business practices, and natural chicken products. Consumers can find answers to frequently asked questions, re a behind-the-scenes look at how Sanderson Farms chickens are raised.

The new website also celebrates Sanderson Farms's 70th anniversary, with features detailing the company's growth from small family business in Laurel, Miss., to the nation's third largest poultry producer.





Posted by ████████████████

**Reply via web post** • Reply to sender • Reply to group • Start a New Topic • Messages in this topic (1)



Have you tried the highest rated email app?

With 4.5 stars in iTunes, the Yahoo Mail app is the highest rated email app on the market. What are you waiting f you can access all your inboxes (Gmail, Outlook, AOL and more) in one place. Never delete an email again with of free cloud storage.

**VISIT YOUR GROUP**

• Privacy • Unsubscribe • Terms of Use

To: ███████████████
Cc: Cameron Harsh[CHarsh@CenterforFoodSafety.org]; Hamerschlag, Kari[khamerschlag@foe.org]; ██████████████
From: ███████████
Sent: Tue 8/8/2017 2:10:40 PM
Subject: Re: [Agenda] Chain Reaction III - weekly call

http://www.prnewswire.com/news-releases/sanderson-farms-continues-truth-telling-campaign-300497090.html

Sanderson press release

On Tue, Aug 8, 2017 at 2:38 P███████████████████ wrote:

Hi all -
Let's check in today on a few questions around report content, timeline for report editing (esp given the McD's m
next week), and agenda for the comms call tomorrow.

Here are a few of the things to note w/ regard to the report:
- What the Cluck ███
- MD bill - ████?
- Investor relations ███  ███  interested?
- Definition of terms - broad interest in adding this - any takers?
- Mulling on graphic to represent how much of the fast food market these top 25 companies comprise

Happy to add any other items!
Thanks,
███

---

**Chain Reaction III - weekly call**
Hi all - I deleted the old meeting invite and replaced it with this one which has the new call-in number.
Thanks!
███

| | |
|---|---|
| When | Tue Aug 8, 2017 3pm – 4pm Eastern Time |
| Where | ████████████████ |
| Video call | █████████████████████████ |
| Who | • ███████████ ████████ |
| | • ████████████ |
| | • khamerschlag@foe.org |
| | • ████████████ |
| | • charsh@centerfoodsafety.org |
| | • ████████████ |

\*\*\*
This e-mail message is intended only for the designated recipient(s) named above. The information contained in this e-mail and any attachments may be confidential or legally privileged. If you are not the intended recipient, you may not review, retain, copy, redistribute or use this e-mail or any attachment for any purpose, or disclose all or any part of its contents. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and permanently delete this e-mail and any attachments from your computer system.
\*\*\*

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

To: ███████████████

Cc: ████████████████████████████████  Cameron Harsh[CHarsh@CenterforFoodSafety.org]; Kari
Hamerschlag[khamerschlag@foe.org]

From: ████████████████

Sent:    Tue 9/5/2017 11:28:18 AM

Subject:    Latest version of CR3 for legal review

Chain Reaction III Report 9.5.17.docx

Hi all -

Here's the most recent version of the report in case you want to flag any of these recent edits for your legal review.

Incorporated here are some of the edits suggested by our team ██ re a ██████ d    review, plus the requests f
on Sanderson language.   I left the comments/edits visible so you can see where the changes are.

I was planning to send this copy ████   today to start on the report layout.  Does this still work for everyone?  An
can incorporate any additional comments from legal review █████    version?

Thanks,

████

***
This e-mail message is intended only for the designated recipient(s) named above. The information contained in
this e-mail and any attachments may be confidential or legally privileged. If you are not the intended
recipient, you may not review, retain, copy, redistribute or use this e-mail or any attachment for any
purpose, or disclose all or any part of its contents. If you have received this e-mail in error, please
immediately notify the sender by reply e-mail and permanently delete this e-mail and any attachments from your
computer system .
***