**ELSNER LAW & POLICY, LLC**
Gretchen Elsner (*Pro Hac Vice*)
Gretchen@ElsnerLaw.org
150 Washington Avenue, Suite 201
Santa Fe, NM 87501
Telephone: (505) 303-0980

**CENTER FOR FOOD SAFETY**
Adam Keats (CSB No. 191157)
Kellan Smith (CSB No. 318911)
akeats@centerforfoodsafety.org
ksmith@centerforfoodsafety.org
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 826-2770

*Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF THE EARTH and CENTER FOR FOOD SAFETY,<br><br>*Plaintiffs,*<br>v.<br><br>SANDERSON FARMS, INC. a Mississippi corporation,<br><br>*Defendant.* | Case No.   3:17-CV-03592-RS<br><br>**DECLARATION OF KELLAN SMITH IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 (d) (1) (A) and 79-5 (e), Plaintiffs declare:

---

DECLARATION OF KELLAN SMITH IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:17-CV-03592-RS                                                                                                                                          1

1. Plaintiffs seek to file under seal the unredacted version of their Opposition to Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint, a redacted version of which is also attached to this declaration.

2. The portions of the Third Amended Complaint that are redacted include the following:

    a. Descriptions of facts and/or information designated confidential by Defendant pursuant to the Protective Order entered in this case, ECF Dkt. No. 54;

    b. Information and/or inferences based on the facts and/or information designated confidential by Defendant.

3. The redactions in the Redacted Opposition to Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint include only those matters designated confidential by Defendant. These redactions are located on pages 1, 9, 11, 13-17, 20-21.

I declare under penalty of perjury that the foregoing is true and correct and was executed in San Francisco, California on October 30, 2018.

**CENTER FOR FOOD SAFETY**

_____

Kellan Smith (CSB No. 318911)
ksmith@centerforfoodsafety.org
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 826-2770

*Counsel for Plaintiffs*