**ELSNER LAW & POLICY, LLC**
Gretchen Elsner (*Pro Hac Vice*)
Gretchen@ElsnerLaw.org
150 Washington Avenue, Suite 201
Santa Fe, NM 87501
Telephone: (505) 303-0980

**CENTER FOR FOOD SAFETY**
Adam Keats (CSB No. 191157)
Kellan Smith (CSB No. 318911)
akeats@centerforfoodsafety.org
ksmith@centerforfoodsafety.org
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 826-2770

*Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF THE EARTH and CENTER FOR FOOD SAFETY,<br><br>　　　　　　　　　　*Plaintiffs,*<br>　　v.<br><br>SANDERSON FARMS, INC. a Mississippi corporation,<br><br>　　　　　　　　　　*Defendant.* | Case No.   3:17-CV-03592-RS<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration

of Plaintiffs in support thereof, the Court GRANTS the Motion in its entirety pursuant to Civil Local Rule 79-5(e).

Dated:_____

_____
Richard Seeborg
Judge of the United States District Court

Respectfully submitted by:

**ELSNER LAW & POLICY, LLC**

_/s/ Gretchen Elsner_____
Gretchen Elsner (*Pro Hac Vice*)
gretchen@elsnerlaw.org
150 Washington Avenue, Suite 201
Santa Fe, NM 87501
Telephone: (505) 303-0980

**CENTER FOR FOOD SAFETY**

_/s/ Kellan Smith_____
Kellan Smith (CSB No. 318911)
Adam Keats (CSB. No. 191157)
ksmith@centerforfoodsafety.org
akeats@centerforfoodsafety.org
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 826-2770

*Counsel for Plaintiffs*

---

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. 3:17-CV-03592-RS

2