UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH, et al.,

　　　　　Plaintiffs,

　　v.

SANDERSON FARMS, INC.,

　　　　　Defendant.

Case No. 17-cv-03592-RS

**ORDER OVERRULING OBJECTIONS TO NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Plaintiffs seek review of the assigned magistrate judge's order compelling disclosure of the identities of writers and recipients of documents on the privilege log that were withheld on First Amendment grounds. A district court may modify a magistrate judge's ruling on a nondispositive matter only if the order is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); *Bahn v. NME Hospitals, Inc.*, 929 F.2d 1404, 1414 (9th Cir. 1991). Because defendants have shown no such error here, the objections are overruled.

The magistrate judge's careful explanation regarding the reasons for why Plaintiffs failed to make a prima facie showing of arguable first amendment infringement is not subject to any finding of clear error. The Ninth Circuit recognized in *Brock* that a prima facie showing requires "objective and articulable facts," which go beyond mere "subjective fear of future reprisals . . . ." *Brock v. Local 375, Plumbers Int'l Union of Am.*, 860 F.2d 346, 350 n.1 (9th Cir. 1988). Plaintiffs' conclusory declarations show only the latter. Since the magistrate judge's ruling on Plaintiffs' failure to make a prima facie showing is not clearly erroneous, it is not necessary to consider Plaintiffs' remaining objections to the magistrate judge's order.

1    **IT IS SO ORDERED**.

3    Dated: November 27, 2018

_____
RICHARD SEEBORG
United States District Judge