UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EARTH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SANDERSON FARMS, INC.,<br><br>　　　　Defendant. | Case No.  17-cv-03592-RS<br><br>**ORDER DISMISSING MOTION** |

Defendant's motion (Dkt. 137) constitutes a discovery dispute that must be noticed to the assigned Magistrate Judge in the first instance.

**IT IS SO ORDERED**.

Dated: January 10, 2019

_____
RICHARD SEEBORG
United States District Judge