UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDERSON FARMS, INC.,<br><br>Defendant. | Case No. 17-cv-03592-RS (SK)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPORTING DECLARATION**<br><br>Regarding Docket No. 180 |

Defendant Sanderson Farms, Inc. has requested this Court's permission to file a declaration in support of a joint discovery letter, not yet filed, regarding Defendant's supplemental privilege log. (Dkt. 180.) The Court hereby GRANTS Defendant's request. In addition, the Court grants leave to Plaintiffs to file a declaration. Because the parties have not yet filed the joint discovery letter brief, the Court cannot set a deadline but orders that the declarations by the parites be filed with the joint discovery letter brief. The Court agrees that oral argument will likely be unnecessary to the resolution of this issue, and so vacates Defendant's notice of hearing on April 22, 2019.

**IT IS SO ORDERED**.

Dated: March 14, 2019

_____
SALLIE KIM
United States Magistrate Judge