United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SANDERSON FARMS, INC.,<br><br>    Defendant. | Case No. 17-cv-03592-RS (SK)<br><br>**ORDER REGARDING ATTORNEY-CLIENT PRIVILEGE**<br><br>Regarding Docket No. 183 |

    Before this Court is Plaintiff Center for Food Safety's discovery letter brief regarding Defendant Sanderson Farms, Inc.'s claims of attorney-client privilege. (Dkt. 183.)

    The Court ORDERS Defendant Sanderson Farms, Inc. to submit the disputed documents for in camera review by March 25, 2019. The Court finds that the log submitted by Defendant Sanderson Farms, Inc. complies with Fed.R.Civ.P. 26(b)(5)(A) and the Court's Standing Order of April 18, 2017.

**IT IS SO ORDERED**.

Dated: March 18, 2019

_____
SALLIE KIM
United States Magistrate Judge