UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.,

Plaintiffs.

v.

SANDERSON FARMS, INC.,

Defendant.

Case No.  17-cv-03592-RS

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 221

Pursuant to the Order of the Court Granting Motion to Dismiss without Prejudice, judge is entered in favor of defendant and against plaintiffs.

Dated:  07/31/2019

Susan Y. Soong, Clerk

By: _Jean M. Davis_

Jean Davis
Deputy Clerk

United States District Court
Northern District of California